## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH EARL, et al., | : | |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | Civ. No. 3:23-CV-702 (OAW) |
| | : | |
| UNILEVER UNITED STATES, INC., | : | |
|    *Defendant*. | : | |

## ORDER OF TRANSFER

In the interests of justice, the above-identified case hereby is transferred to the Honorable Michael P. Shea. The parties shall continue to file all further pleadings or documents in this matter with the Clerk's Office in Hartford, Connecticut.

**IT IS SO ORDERED** at Hartford, Connecticut, this 5th day of June, 2023.

                                                       /s/
                                    Omar A. Williams
                                    United States District Judge